AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Orlando Ira Brown, on behalf of International Recovery Services, LLC;, *Plaintiffs* v. First Palmetto Bank *Defendant* | ) ) ) ) ) Civil Action No.    3:18-1398-MBS |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ The plaintiffs shall take nothing on this complaint and it is summarily dismissed without prejudice for lack of prosecution and lack of subject matter jurisdiction.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge, presiding, having adopted the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, summarily dismissing the case for lack of prosecution and lack of service matter jurisdiction.

Date:   September 25, 2018                                                          *CLERK OF COURT*

                                                                                                                s/Mary Deal
                                                                                                    *Signature of Clerk or Deputy Clerk*